UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Muller Janvier

v.                                                                    Case No. 1:25-cv-553-JL-TSM

David Wesling, et al.

## **ORDER**

Before the court is the habeas petition brought by Muller Janvier challenging his ongoing ICE detention.[1]  After reviewing the petition, the court ordered the respondents to show cause why it should not afford the petitioner the same relief ordered in *Destino v. FCI Berlin, Warden*, 1:25-cv-00374-SE-AJ, ECF No. 10 (D.N.H. Dec. 24, 2025) (Elliott, C.J.).[2]  In response, the respondents note that they "object to this court granting relief [under] *Destino*" on the basis that *Destino* was "wrongly decided,"[3] but concede that "the court would likely reach the same result" if it applied *Destino*'s reasoning here.[4]

Thus, no cause having been shown, the court GRANTS the petition[5] for a bond hearing based on the reasoning in *Destino*, and orders the respondents to provide the petitioner with a bond hearing as soon as practicable.  The petition is denied in all other respects.  The parties shall file a status report within 10 days of this order.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated: January 14, 2026

Cc: Counsel of record

---

[1] Pet. (doc. no. 1)
[2] Show Cause Order (doc. no. 8).
[3] Show Cause Response (doc. no. 9) at 1-2.  The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.
[4] *Id.* at 2.
[5] Pet. Writ Habeas Corpus (doc. no. 1).